UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
REINALDO AND DULCE DEL POZO,                 Case No. 10-31474-AJC
      Debtors.                                                Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, Reinaldo and Dulce Del Pozo by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On or about July 27, 2010 the instant case was filed.

2. On or about February 8, 2011 debtors' first amended chapter 13 plan was confirmed.

3. On or about March 23, 2011, the Internal Revenue Service contacted undersigned counsel with regard to an outstanding debt owed to them in the amount of $2,407.11 for the tax period of 2009.

4. Undersigned counsel has no objections to this debt an the debtor was informed of the amount owed and is in agreement.

5. Debtors need to modify the plan in order to pay the Internal Revenue Service for taxes owed in 2009.

6. Attached hereto is a copy of the First Modified Plan which undersigned counsel has filed.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 15th day of May 2012: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street
Suite 500
Hialeah, FL 33010
Tel. 305-374-1234

By:/s/ *Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
<u>**CHAPTER 13 PLAN (Individual Adjustment of Debts)**</u>

CASE NO.: __10-31474-AJC__

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___1st_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Reinaldo Del Pozo                           CO-DEBTOR: Dulce Del Pozo
Last Four Digits of SS# xxx-xx-5256                 Last Four Digits of SS# xxx-xx-0990

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __398.21__ for months __1__ to __21__ ;
    B.    $ __487.78__ for months __22__ to __60__ ;
    C.    $ _____ for months ____ to ____ in order to pay the following creditors:

<u>Administrative</u>:      Attorney's Fee   $ 3,650.00   TOTAL PAID $ 2000.00
                           Balance Due     $ 1,650.00   payable $ 78.58 month (Months __1__ to __21__)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Bank of America                          Total Payoff $ 17,440.33
Address P.O. Box 961206                     Payment $ 252.46 /month (Months __1__ to __21__)
        Forth Worth, TX 76161              Payment $ 311.25 /month (Months __22__ to __60__)
        Account No. 873658069

2._____           Arrears Payment $_____
_____           Arrears Payment $_____ /month (Months ____ to ____)
_____           Regular Payment $_____ /month (Months ____ to ____)
                                       Arrears Payment $_____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a |  | 0% | N/A | N/A | N/A |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service              Total Due $ 2,407.11
                                    Payable $ 61.73 /month (Months __22__ to __60__)

<u>Unsecured Creditors</u>: Pay $ 66.02 month (Months __22__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). <u>This modified plan begins in month 22 which is May of 2012. The debtors will provide copies of their income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.</u>

<u>Robert Sanchez, Esq.</u>
Attorney for debtors
Date: 05/15/12

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 10-31474-AJC<br>Southern District of Florida<br>Miami<br>Tue May 15 10:28:15 EDT 2012 | AmeriCredit Financial Services Inc (Hogan)<br>P O Box 183853<br>Arlington, TX 76096-3853 | Bac Home Loan Servicing LP<br>7105 Corporate Drive<br>Plano, TX 75024-4100 |
| Bank Of America, N.A., Successor By Merger<br>Butler & Hosch P.A.<br>3185 South Conway Road<br>Suite E<br>Orlando, Fl 32812-7349 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | GCG Excalibur, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>seattle, wa 98121-3132 |
| Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Americredit<br>P.O. Box 183123<br>Arlington, Tx 76096-3123 |
| Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090-2036 | Avon<br>P.O. Box 105541<br>Atlanta, GA 30348-5541 | BAC Home Loans Servicing, LP<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 |
| Bank of America<br>P.O.Box 961206<br>Forthworth, TX 76161-0206 | Bank of America Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Cardmember Service<br>P.O.Box 94012<br>Palatine, IL 60094-4012 | Chase Card Member Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase Card Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chevron<br>P.O. Box 530950<br>Atlanta, GA 30353-0950 | Citi Bank<br>P.O. Box 6017<br>The Lakes, NV 89163-0001 | Citi Financial<br>P.O Box 499<br>Hanover, MD 21076-0499 |
| DSRM Natl Bk/Diamond Sham<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | HSBC   Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | HSBC Bank<br>PO Box 81622<br>Salinas, CA 93912-1622 | HSBC Orchard Bank<br>P.O. Box 4155<br>Carol Stream, IL 60197-4155 |
| Home Depot<br>Processing Center<br>Des Moines, IA 50364-0500 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macys<br>P.O. Box 6938<br>The Lakes, NV 88901-6938 |

| | | |
|---|---|---|
| National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Osiris Holdings LLC<br>assignee of Bank of America<br>Estate Recoveries, Inc<br>PO Box 15380<br>Baltimore, MD 21220-0380 |
| Santander Consumer USA<br>P.O. Box 562088<br>Suite 900<br>Dallas, TX 75356-2088 | Santander Consumer USA<br>PO BOX 560284<br>DALLAS, TX 75356-0284 | Security credit/Wells fargo<br>P.O. Box 15118<br>Jacksonville, Fl 32239-5118 |
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target National Bank<br>C/O Target Credit Services<br>PO Box 673<br>Minneapolis, MN  55440-0673 | Valero Creditcard<br>P.O. Box 631<br>Amarillo, TX 79105-0631 |
| Walmart<br>PO Box 530927<br>Atlanta, GA   30353-0927 | eCAST Settlement Corporation assignee of<br>CitiFinancial Inc<br>POB 29262<br>New York NY 10087-9262 | eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 29262<br>New York NY 10087-9262 |
| Dulce Del Pozo<br>11525 NW 92nd Ave<br>Hialeah Gardens, FL 33018-4144 | Nancy N Herkert<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Reinaldo Del Pozo<br>11525 NW 92nd Ave<br>Hialeah Gardens, FL 33018-4144 |
| Robert Sanchez Esq.<br>900 W 49 St #500<br>Hialeah, FL 33012-3488 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
Bay View
PO Box 183853
Arlington, TX  76096

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (d)GCG Excalibur, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 |

End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48