**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **10-31474-AJC**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___1st___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Reinaldo Del Pozo                             CO-DEBTOR: Dulce Del Pozo
Last Four Digits of SS# xxx-xx-5256                   Last Four Digits of SS# xxx-xx-0990

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __398.21__ for months __1__ to __21__ ;
    B.    $ __487.78__ for months __22__ to __60__ ;
    C.    $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3,650.00   TOTAL PAID $ 2000.00
                      Balance Due   $ 1,650.00   payable $ 78.58   month (Months  1  to 21 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Bank of America                               Total Payoff $ 17,440.33
Address P.O. Box 961206                          Payment $ 252.46 /month (Months 1 to 21 )
      Forth Worth, TX 76161                      Payment $ 311.25 /month (Months 22 to 60 )
      Account No. 873658069

2. _____                    Arrears Payment  $ _____
   _____                    Arrears Payment  $ _____ /month (Months ___ to ___)
   _____                    Regular Payment  $ _____ /month (Months ___ to ___)
                                        Arrears Payment  $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a | | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due $ 2,407.11
                                 Payable $ 61.73 /month (Months 22 to 60 )

Unsecured Creditors: Pay $ 66.02  month (Months __22__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). This modified plan begins in month 22 which is May of 2012. The debtors will provide copies of their income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

Robert Sanchez, Esq.
Attorney for debtors
Date: 05/15/12