STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No.: 10-31474-BKC-AJC
                                                                        Chapter 13
**REINALDO DEL POZO**
**DULCE DEL POZO**,

    Debtors.
_____/

### TRUSTEE'S MOTION TO REDIRECT
### PAYMENT OF INTERNAL REVENUE SERVICE AND
### CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment of Internal Revenue Service* and states as follows:

1. On June 29, 2012, an Order granting and approving the Debtors' First Modified Chapter 13 Plan ("Confirmed Plan") was entered. [ECF No. 60].

2. The Confirmed Plan pays the Internal Revenue Service's ("IRS") $2,407.11 as unsecured priority creditor.

3. The IRS has not filed a proof of claim.

4. The Trustee moves that the IRS unsecured priority listed in the Confirmed Plan be redirected, pro-rata, to general unsecured creditors, or, if none, to the Debtors except.

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect all remaining funds designated to the Internal Revenue Service to be paid pro-rata to general unsecured creditors, or, if none, to the Debtor(s) except for amounts already paid out by the Trustee and for any further relief the Court deems necessary.

Respectfully submitted:

NANCY K. NEIDICH,<br>
Standing Chapter 13 Trustee

By:    /s/
    JOSE I. MICELI, ESQ.
    FLORIDA BAR NO: 0077539
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954) 443-4402

Dated: December 211, 2015

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on December 21, 2015 via CM/ECF on Debtor's attorney and:

**By regular U.S. mail:**

UNITED STATES TREASURY
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

UNITED STATES TREASURY
P.O. BOX 7346 (NOTICE)
PHILADELPHIA, PA 19173-4600

Loretta E. Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

WIFREDO A. FERRER
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, Fl. 33132

                                            /s/
                                  JOSE I. MICELI, ESQ.