**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No. 10-31474-AJC |
| Reinaldo and Dulce Del Pozo | Chapter 13 |
|     Debtors | |
| _____/ | |

## DEBTOR'S MOTION TO ALLOW LATE-FILED PROOF OF CLAIM

COME NOW the debtors, Reinaldo and Dulce Del Pozo, by and through her undersigned counsel and files this Motion to Allow Late Filed Proof of Claim states as follows:

1. The instant case was filed on July 27, 2010.
2. On June 29, 2012, an Order granted and approved a first modified plan to pay the Internal Revenue Service for the Debtors' 2009 tax liability.
3. Concurrently with the filing of this motion, the undersigned uploaded the Proof of Claim for the Internal Revenue Service (Claim #17).
4. The debtors' First Modified Plan provides payment to the Internal Revenue Service.
5. The Debtors have made all of the required 60 payments under the First Modified Plan and the Trustee is currently holding $6,174.83.
6. The Trustee has filed a Motion to Redirect Payment of the Internal Revenue Service to unsecured creditors, or, if none, back to the Debtors.
7. Debtors request that the Internal Revenue Service's Late-Filed Proof of Claim be allowed in order to provide for said proof of claim.

WHEREFORE, the debtors, Reinaldo and Dulce Del Pozo, respectfully requests that this Court enter an Order Allowing the Internal Revenue Service's proof of claim (Claim #17).

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008

By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161