

**ORDERED in the Southern District of Florida on February 1, 2016.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO.: 10-31474-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

REINALDO DEL POZO
DULCE DEL POZO

DEBTORS_____/

### ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN PAYMENTS

**THIS CASE** came on to be heard on January 19, 2016 on the Trustee's Motion to Re-direct Plan Payments and based on the record, it is

**ORDERED as follows:**

1. That the Trustee's Motion to Re-direct Payments is granted.

2. The Trustee shall not disburse any further plan payments to the creditor: UNITED STATES TREASURY. Those payments designated for the creditor UNITED STATES TREASURY shall be re-directed to payment of the other creditors pro rata or if none, to the Debtors after reduction for Trustee's fees.

ORDER GRANTING TRUSTEE'S MOTION TO REDIRECT PLAN PAYMENTS
CASE NO.: 10-31474-BKC-AJC

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806
954-443-4402

**COPIES FURNISHED TO:**

**DEBTORS**
REINALDO DEL POZO
DULCE DEL POZO
11525 NW 92 AVE
HIALEAH GARDEN, FL  33018

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**CREDITOR**
UNITED STATES TREASURY
PO BOX 7317
PHILADELPHIA, PA  19101-7317